**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

JOSEPH LEBLANC and
FLORENCE LEBLANC,

    Plaintiffs,

v.                                                    CASE NO: 8:07-cv-943-T-26MAP

NCO FINANCIAL SYSTEMS, INC.;
"CLARISSA QUINERLY;" "ROBIN
ROBINSON;" "RICHARD JOYNER;"
"KEVIN SAVAGE;" "SEAN JONES;"
"ANDRE BODY;" "TRAVIS RAEBURN;"
"HOWARD BOLIVIA;" "MS. BAXTER;"
and one or more JOHN OR JANE SMITHS,

    Defendants.
_____/

**O R D E R**

    Defendant NCO Financial Systems, Inc., has filed a motion pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure requesting that Plaintiffs' amended complaint be dismissed for failure to state a claim upon which relief may be granted. Defendant's motion has prompted the Court to carefully examine the well-pleaded allegations of Plaintiffs' amended complaint. After doing so, the Court is of the opinion that the complaint constitutes a "shotgun pleading" because Plaintiffs have utterly failed to articulate their claims with sufficient clarity to enable all Defendants to properly frame a responsive pleading. See Home Design Serv., Inc. v. David Weekly Home LLC, 2007

WL 1080001 *3 (M.D. Fla. 2007) (citing Danow v. Borack, 197 Fed. Appx. 853, 857 (11th Cir. 2006)). Consequently, the Court will exercise its discretion under Eleventh Circuit law to direct Plaintiffs to file a repleader. See United States v. Atkins, 470 F.3d 1350, 1354-55 n.6 (11th Cir. 2006) (citing Byrne v. Nezhat, 261 F.3d 1075, 1133 (11th Cir. 2001)).

Accordingly, it is ordered and adjudged as follows:

1) Plaintiffs shall replead their complaint on or before July 9, 2007, by specifying what acts or omissions each Defendant engaged in within one year prior to the filing of this case with regard to consumer debt collection activity and what specific federal and Florida statutory provisions each Defendant violated.

2) Defendant NCO shall file its response to the repleader on or before July 20, 2007.

3) Defendant NCO's Motion to Dismiss (Dkt. 5) is denied as moot.

**DONE AND ORDERED** at Tampa, Florida, on June 27, 2007.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record