## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JOSEPH LEBLANC and
FLORENCE LEBLANC,

      Plaintiffs,

v.                                     CASE NO: 8:07-cv-943-T-26MAP

NCO FINANCIAL SYSTEMS, INC., et al.,

      Defendants.

_____/

## O R D E R

      Upon due consideration, it is ordered and adjudged that Defendant NCO Financial Systems, Inc.'s Motion to Dismiss for Lack of Subject Matter Jurisdiction (Dkt. 28) is denied. Notwithstanding Defendant's rather unique and novel arguments, this case is not moot nor does this Court lack subject matter jurisdiction.  Defendant's arguments with regard to the limitation on the amount of Plaintiffs' damages are more appropriately addressed within the context of a motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure or within the context of a motion for judgment as a matter of law pursuant to Rule 50(a) of the Federal Rules of Civil Procedure.

      **DONE AND ORDERED** at Tampa, Florida, on January 22, 2008.


           ___*s/Richard A. Lazzara*_____
           **RICHARD A. LAZZARA**
           **UNITED STATES DISTRICT JUDGE**


<u>**COPIES FURNISHED TO**</u>:
Counsel of Record