**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOSEPH LEBLANC and
FLORENCE LEBLANC,

      Plaintiffs,

v.                                          CASE NO: 8:07-cv-943-T-26MAP

NCO FINANCIAL SYSTEMS, INC., et al.,

      Defendants.

_____/

## O R D E R

      Defense counsel has filed a motion to dismiss on behalf of Defendants, Howard Voliva and Quassin Johnson, in which he represents that he has now been retained to represent their interests in this case and in which he requests that they be dismissed from this case for the same reasons announced in this Court's order entered this day at docket 61.  Because Plaintiffs have already responded to the issues asserted in the motion, the Court needs no response. Accordingly, it is ordered and adjudged that Defendants Howard Voliva & Quassin Johnson Motion to Dismiss for Lack of Personal Jurisdiction, or in the Alternative, Due to the Corporate Shield Defense (Dkt. 63) is granted and those Defendants are dismissed from this case based on the Court's order found at docket 61.

      **DONE AND ORDERED** at Tampa, Florida, on March 28, 2008.

                          *s/Richard A. Lazzara*
                         **RICHARD A. LAZZARA**
                         **UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:  Counsel of Record